Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

Avery Nelson Zeleny
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Carter County Detention Center
Carter County Sheriff Chris Bryant
Kyle Coffey
Brad Dunning
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. **CIV 19-206-RAW**
*(to be filled in by the Clerk's Office)*

**FILED**
JUN 28 2019
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1

## I. The Parties to This Complaint

**ORIGINAL**

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Avery Nelson Zeleny
- All other names by which you have been known: None
- ID Number: 678482
- Current Institution: Carter County Detention Center
- Address: 100 S. Washington
  - City: Ardmore
  - State: OK
  - Zip Code: 73401

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Carter County Detention Center
- Job or Title *(if known)*: Government Organization
- Shield Number:
- Employer:
- Address: 100 S. Washington
  - City: Ardmore
  - State: OK
  - Zip Code: 73401
- [ ] Individual capacity  [X] Official capacity

**Defendant No. 2**
- Name: Chris Bryant
- Job or Title *(if known)*: Sherriff
- Shield Number: N/A
- Employer: Carter County Sherriff's Department
- Address: 100 S. Washington
  - City: Ardmore
  - State: OK
  - Zip Code: 73401
- [ ] Individual capacity  [X] Official capacity

ORIGINAL

Defendant No. 3
   Name: Kyle Coffey
   Job or Title (if known): Shift Sergeant, Carter County Detention Center
   Shield Number: N/A
   Employer: Carter County Sheriff's Office
   Address: 100 S. Washington
   Ardmore, OK 73401
   City / State / Zip Code
   ☐ Individual capacity   ☒ Official capacity

Defendant No. 4
   Name: Brad Dunning
   Job or Title (if known): Jail Administrator
   Shield Number: N/A
   Employer: Carter County Sheriff's Office
   Address: 100 S. Washington
   Ardmore, OK 73401
   City / State / Zip Code
   ☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Denied Me Grievance Papers
Denied My Right To File Charges
Deny Me Access To Law Library
Deny My Fourteenth Amendment Not Allowing Me Access To Evidence In My Case

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

ORIGINAL

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

42 U.S.C. § 1983 "Negligence and bias and discriminatory prejudice towards safety and prisoner rights under Constitutional laws."

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Under Kernes v. Herner, I invoke my rights being a layman of laws, ordinances, statutes, etc. These events happened at Carter County Detention Ctr, Ardmore, OK., 100 S. Washington. Upon my arrest.

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

(See Attachments A & B)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I've been placed on a substantial balanced diet of being terrorized by staff consciously disregarding policy rules and rights of housed inmates / plaintiff. Defendant's physically engaged in inappropriate malfeasanse and heinious volatile behavior. False charges were filed because staff officials knew plaintiff had no one to turn to.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I never received medical due to the disregard for my safety after all the psychological threats and lies by the defendants. The abusive treatment treatment I've suffered and still suffer due to the bias and negligent discrimination. These acts are purposely committed with the sole intent on making me suffer. Knowingly these defendants design and practice these threats and malicious behavior inside this center.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Because of the mental stress and prejudicial aclimations toward said person my request for actual damages (and/or punitive damages claimed for the acts stated in part IV and V of Complaint for Violations of Civil Rights. Wrongful actions by defendants created an abusive pattern that is stated in the facts of the case and still relating today. Defendant's have blatantly abused their authority and caused mental and physical

OVER ON BACK SIDE →

damages. Plaintiff fear for my life every day as I am abused mentally through psychological motive pathologically injuring me by denying legally means to defend myself and by physically planting a paraphrenailia outside within fifty (50) feet of my person stating I had better claim it or they'd tase me. My grievances never make it past front desk nor have I been allowed to use their Law Library to further appeal the trumped-up charges.

Section 1983, 42 U.S.C. constitutional rights violated are my basic rights. My freedom of speech and right to seek guidance through a known right by using a law library to fight my charges are denied by said defendant's. Plaintiff's given no defense. "Recklessness" or "criminal negligence" is when a person takes substantial risks. These defendants show this by planting me in a shower and placing a baggy in the pod dayroom. The extent of space from the shower and baggy was over (80) feet. The Jail Administrator was patting me down at the time a baggy was found in the pod dayroom. "Malice" is a critical common law and statutory mens rea term. 101  4 Blackstone, Note 14, supra, at *198-99 (in the context of common law murder, defining "malice aforethought" as "any evil design in general; the dictate of a wicked, depraved, and malignant heart").

From April 22, 2019, at 11:55 a.m and also on April 29, 2019, at 9:22 a.m. plaintiff requested through telephone communication with Carter County Detention Center personnel/staff that he wanted to file assault charges and was denied. See Section 212.3 (False Imprisonment) provides, in part, that it is an offense to "Knowingly restrain another unlawfully." Applying section 2.02(4), this means that the prosecution must prove the defendant knowingly restrained the victim, and he knew the restraint was unlawful. 141

141 American Law Institute Comment to § 2.02, at 245-46.

(NOTE: Victim being plaintiff.)

Plaintiff consented to be searched by Jail Admin. Mr. Dunning in the shower and was found with nothing. At the same time of search a baggy they say contained traces of drugs was found in the dayroom and plaintiff was told it was his.

6:19-cv-00206-RAW-SPS   Document 1   Filed in ED/OK on 06/28/19   Page 7 of 15
Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

ORIGINAL

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Carter County Detention Center, 100 S. Washington Str, Ardmore, OK 73401

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

Carter County Detention Center (Inmate Request on April 22, 2019.) See (Attachment A)

2. What did you claim in your grievance?

Harassment, and Denying my request to file charges on officers for disregarding my constitutional rights.

3. What was the result, if any?

Reply was NO. by: KC on 4-22-19

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Requested again on 4/29/19; then again on 05/02/19.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

ORIGINAL

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Was Denied Grievance Paperwork.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I informed the Jail Admin. Mr. Dunning (See Attachment A.)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   The staff purposely, and knowingly lose my attempts using mail and contacting court system.

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Page 8 of 11

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   N/A
   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __N/A__
   Defendant(s) __N/A__

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __N/A__

3. Docket or index number

   __N/A__

4. Name of Judge assigned to your case

   __N/A__

5. Approximate date of filing lawsuit

   __N/A__

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __N/A__

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 17th, 2019

Signature of Plaintiff: Avery N. Zeleny
Printed Name of Plaintiff: Avery N. Zeleny
Prison Identification #: 678482
Prison Address: 100 S. Washington
Ardmore, OK 73401

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

CARTER COUNTY DETENTION CENTER

(ATTACHMENT A)

# INMATE REQUEST FORM

**ORIGINAL**

INMATE NAME: Avery Zeleny  DATE: 4.22.19  BLOCK/CELL: E/121

____ SGT on Duty  ____ Floor Detention Deputy
____ COURT CLERK  ____ COMMISSARY/MAIL
_X_ JAIL ADMINISTRATOR  ____ MAINTENANCE
____ ASSISTANT JAIL ADMINISTRATOR  ____ BOOKING SUPERVISOR

REQUEST: Negative. Only people in the cell were me, one nurse, and you Brad. So stop lying and put my $ BACK. I DID NOT REQUEST ANY X-RAY!

INMATE SIGNATURE: Avery Zeleny

REPLY: No.

DATE: 4-22-19  SIGNATURE: KC

PLEASE BE ADVISED ANY CORRESPONDENCE FOR THE JUDGES AND DISTRICT ATTORNEY OFFICE WILL NOT BE GIVEN TO THEM. YOU WILL HAVE TO GET IN CONTACT WITH YOUR LAWYER TO HAVE ANY CORRESPONDENCE FOR THOSE INDIVIDUALS. If this request is filled out to be a working trustee then it will not be returned if you are eligible.

Called tower at 11:35 AM on 4-22-19 requesting to file harassment charges on Kyle Coffey. Requested to file Harassment charges again on 4-29-19 at 9:22 A.M. Still haven't recieved them

May 2nd 2019 again. Denying me Grievance form and denying to allow me to file a complaint?

✱ At 11:05 A.M. on May 7th 2019 Kyle Coffey who I'd been trying and been denied to file Harassment charges on Brought me the written statement paper I need to file charges when I asked to file charges for something else on camera. So why can I get this paper to file charges on him? Please explain.

✱ 11:53 AM June 4th Attempted to refuse to grab my tray and my cellymates Called on a recorded line. Sgt. Coffey and Officer Ausbie, Both witnesses on my case. Called from my tray.

✱ On June 3rd they conducted a cell search and I said I'd rather Be searched on camera due to the last time I was searched off camera. They refused to allow me to be searched on camera.

✱ On May 30th when I returned from work and got strip search I asked to Be searched on camera and Sgt. Coffey made a comment said "Ha ha, What's wrong Mr. Zaleny something happen last time you were searched off camera?" Ha ha." I asked a officer about it to the Jail Administrator about it and couldn't get a response.

✱ June 6th 12:10 p.m. tried to shut my hand in the beanhole while I was giving him my trays. Called the tower to report the same constant harassment by Kyle Coffey

✱ June 11th lunch tray pass wasn't present to feed the rest of the pod But, couldn't miss an opportunity to say something to me Only came to feed my cell and said if we don't grab our trays fast enough he doesn't have to feed us, 2nd time he tried not to feed us. JA says let him know any negative incidents But won't reply or does anything about it.

✱ At 10:10 P.M. on June 12th 2019 John Parsons called the tower and asked to get copies of his legal work and they said they would But when I asked (Attempted to get copies of my civil lawsuit was denied

(ATTACHMENT B)

**ORIGINAL**



# WRITTEN STATEMENT



Case # _____-_____                                    Page _____ of _____

Statement given by: **Avery Zeleny**                    D.O.B. **11/07/1993**

Kyle Coffey is an alleged victim and witness on my pending cases. He makes it a point to come to my cell and either attempt to provoke me or have unproffessional words with me every time he's on the pod. I've asked several times for grievance forms and for the necessary paperwork to file Harrassment charges on him and have constantly been denied them and/or told I can't file charges unless my lawyer files them for me. I have requests and recorded phone calls dates and times of when I've asked and been told no. (Will provide dates + times of recordings at the bottom of this.) But, I'm not allowed and denied constantly to file charges on him. Yet when I say I need to report my truck stolen I was almost immediately supplied with the paperwork to press charges by Kyle Coffey himself. On May 7th 2019 at 11:05 AM. He provided me with the paperwork he'd been denying me this whole time when it wasn't to press charges on him. I'd like to proceed with filing harassment charges and any charge it would be that he wouldn't provide me this paper because he was the one breaking the law and denying me my rights.
4.22.19 at 11:55 AM asked to file charges on recorded line, 4.29.19 at 9:22 AM asked

Subject Signature: **Avery Zeleny**                    Date: **May 7th, 2019**  file chrg
                                                                                 10:38 PM      again

| Reporting Officer | ID | Date of Report |

May 2nd, 2019 was denied grievance forms and paperwork to file charge again. All 3 on recorded line.

APD Form 2009-0055                                                       REV 11/11